## No. 13,911.

### Boyd *v.* Boyd.
(67 P. [2d] 1118)

Decided April 19, 1937.

Judgment affirmed in department without written opinion, Mr. Chief Justice Burke, Mr. Justice Knous and Mr. Justice Holland participating.

Mr. Fred S. Caldwell, for plaintiff in error.

Mr. William O. Perry, Mr. Edwin A. Williams, for defendant in error.